■ BRIAN T. DONOHUE, Appellant, v HELEN DONOHUE, Respondent. [636 NYS2d 104] —In an action for a divorce and ancillary relief, the plaintiff appeals from an order of the Supreme Court, Nassau County (O'Brien, J.), dated September 20, 1993, which, after a nonjury trial, denied his application for a divorce on the ground of constructive abandonment pursuant to Domestic Relations Law § 170 (2) and dismissed the complaint.

Ordered that the order is reversed, on the law and the facts, with costs, and the matter is remitted to the Supreme Court, Nassau County, for entry of a judgment of divorce in accordance herewith.

The plaintiff and the defendant both admitted at trial that they had not had sexual relations for several years. The plaintiff testified that he had not acquiesced to a lifestyle of sexual abstention, that he had made multiple good-faith requests that the defendant resume the marital relationship, but that the defendant had consistently and without justification or his consent refused to have sexual relations with him. Accordingly, as the plaintiff carried his burden of demonstrating that he was constructively abandoned by his wife (*see*, Domestic Relations Law § 170 [2]; *Schine v Schine*, 31 NY2d 113, *rearg denied* 31 NY2d 805; *Gunn v Gunn*, 143 AD2d 393; *cf., Nicholson v Nicholson*, 87 AD2d 645), his application for a divorce should have been granted. Ritter, J. P., Altman, Friedmann and Florio, JJ., concur.

■ KENNY EAST et al., Appellants, v OWEN THOMAS et al., Respondents. (And Other Actions.) [636 NYS2d 663] —In an action to recover damages for personal injuries, the plaintiffs appeal from a judgment of the Supreme Court, Kings County (Bernstein, J.), entered June 10, 1994, which, upon a jury verdict finding the defendants not at fault in the happening of the accident, is in favor of the defendants and against them dismissing the complaint.

Ordered that the judgment is affirmed, with costs.

Contrary to the plaintiffs' contention, the verdict in favor of the defendants should not be set aside as against the weight of the evidence since it was supported by a fair interpretation of the evidence (*see, Buckenberger v Clark Constr. Corp.*, 208 AD2d 790; *DiLauro v Hochman*, 189 AD2d 795).

The plaintiffs' remaining contentions are without merit. Rosenblatt, J. P., Ritter, Hart and Krausman, JJ., concur.